DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LESLY JUNIOR AUGUSTIN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-1245

[July 18, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Glenn D. Kelley, Judge; L.T. Case No. 2015CF002213AMB.

Carey Haughwout, Public Defender, and Alan T. Lipson, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Mitchell A. Egber, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN and FORST, JJ., and CROOM, JANET, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***